Decided September 20, 1994

STATE OF CONNECTICUT *v.* ANDREW ROBINS

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 694 (AC 11321), is granted, limited to the following issue:

---

* The defendant's appeal was withdrawn October 18, 1994.

"Whether the Appellate Court correctly decided that the state did not have to show as an element of larceny by defrauding a public community that the defendant obtained benefits to which he was not otherwise entitled."

The Supreme Court docket number is SC 15046.

*Neal Cone,* assistant public defender, in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided September 20, 1994